MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408)-535-5084
  Fax: (408)-535-5066
  E-mail:  John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00908-DLJ |
| Plaintiff, ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |
| v. ) | |
| KARL MICHAEL BIJAN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, March 22, 2012 at 10:00 a.m., be continued and rescheduled for Thursday, June 28, 2012 at 10:00 a.m..

It is so stipulated.

Dated:  February 17, 2012       _____/s/_____
                                                          JOHN N. GLANG
                                                          Assistant U.S. Attorney
                                                          Northern District of California

1  It is so stipulated:

2  Dated: February 17, 2012                             _____/s/_____
                                                        PETER F. GOLDSCHEIDER
3                                                       Attorney for Karl Michael Bijan

4
                                   ORDER
5
   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
   continued from Thursday, March 22. 2012 at 10:00 a.m. and rescheduled for Thursday, June 28,
8
   2012 at 10:00 a.m.
9

10

11 It is so ORDERED:
   Dated: _____                              _____
12                                                      D. LOWELL JENSEN
13                                                      United States District Judge
                                                        Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 10-00908-DLJ**                        2