1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5084
7     Fax: (408) 535-5066
      E-mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13                                          No. CR 10-00908-DLJ

14  UNITED STATES OF AMERICA,       )
                                    )   STIPULATION AND []
15              Plaintiff,          )   ORDER CONTINUING SENTENCING
                                    )   HEARING DATE
16          v.                      )
                                    )
17  KARL MICHAEL BIJAN,             )
                                    )
18              Defendant.          )
                                    )
19

20     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

21  hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently

22  scheduled for Thursday, June 28, 2012 at 10:00 a.m., be continued and rescheduled for

23  Thursday, August 2, 2012 at 10:00 a.m.

24  It is so stipulated.

25
    Dated:  June 4, 2012                    _____/s/_____
26                                          JOHN N. GLANG
                                            Assistant United States Attorney
27                                          Northern District of California

28

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00908-DLJ

It is so stipulated:

Dated: June 4, 2012                              _____/s/_____
                                                 PETER F. GOLDSCHEIDER
                                                 Attorney for Karl Michael Bijan

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, June 28, 2012 at 10:00 a.m. and rescheduled for Thursday, August 2, 2012 at 10:00 a.m.

It is so ORDERED:
Dated: _____                          _____
                                                 D. LOWELL JENSEN
                                                 United States District Judge
                                                 Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 10-00908-DLJ**                             2