1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5084
7      Fax: (408) 535-5066
       E-mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13                                         No. CR 10-00908-DLJ

14  UNITED STATES OF AMERICA,       )
                                    )  STIPULATION AND []
15              Plaintiff,           )  ORDER CONTINUING SENTENCING
                                    )  HEARING DATE
16       v.                         )
                                    )
17  KARL MICHAEL BIJAN,              )
                                    )
18              Defendant.           )
                                    )
19

20      IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

21  hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently

22  scheduled for Thursday, August 2, 2012 at 10:00 a.m., be continued and rescheduled for

23  Thursday, August '45, 2012 at 10:00 a.m.

24  It is so stipulated.

25
    Dated:  July 12, 2012                        _____/s/_____
26                                               JOHN N. GLANG
                                                 Assistant United States Attorney
27                                               Northern District of California

28

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 10-00908-DLJ**

1  It is so stipulated:

2  Dated: July 12, 2012                              _____/s/_____
                                                     PETER F. GOLDSCHEIDER
3                                                    Attorney for Karl Michael Bijan

4
                                         ORDER
5
   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
   continued from Thursday, August 2, 2012 at 10:00 a.m. and rescheduled for Thursday, August
8
   45, 2012 at 10:00 a.m.
9

10

11  It is so ORDERED:
12  Dated: ÏÐÏÐG                                     _____
                                                     D. LOWELL JENSEN
13                                                   United States District Judge
                                                     Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00908-DLJ                          2